```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
ALEJANDRO COURTNEY,                                              :
                                                                 :
                              Plaintiff,                         :
                                                                 :     23 Civ. 5402 (JPC)
              -v-                                                :
                                                                 :            ORDER
SAMMMY GROUP LLC et al.,                                         :
                                                                 :
                              Defendants.                        :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On July 12, 2023, Plaintiff served Defendant Sammmy Group LLC with copies of the Summons and Complaint. Dkt. 8. Defendant's deadline to respond to the Complaint was therefore August 2, 2023. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until October 18, 2023. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff should seek a Certificate of Default by October 25, 2023.

SO ORDERED.

Dated: October 11, 2023
       New York, New York

_____
JOHN P. CRONAN
United States District Judge