```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
ALEJANDRO COURTNEY,                                 :
                                                    :
                        Plaintiff,                  :
                                                    :         23 Civ. 5402 (JPC)
        -v-                                         :
                                                    :              ORDER
SAMMMY GROUP LLC et al.,                            :
                                                    :
                        Defendants.                 :
                                                    :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On October 11, 2023, the Court extended Defendant Sammmy Group LLC's deadline to respond to the Complaint to October 18, 2023. Dkt. 12. That deadline has passed, yet the docket reflects no response by Sammmy Group and the Court has been informed that Plaintiff has reached an agreement with the remaining Defendants to resolve this matter. In light of these facts, Plaintiff shall file a status letter by March 11, 2024, advising the Court as to whether he is still pursuing claims against Sammmy Group.

SO ORDERED.

Dated: March 4, 2024  
       New York, New York

_____  
JOHN P. CRONAN  
United States District Judge